# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. <u>04-20065-CR-SEITZ(s)</u>
21 U.S.C. § 963
21 U.S.C. § 846
21 U.S.C. § 853

**UNITED STATES OF AMERICA**

**vs.**

**NELSON EUGENIO ARISTIZABAL-MARTINEZ,**
  a/k/a "1,2,3,"
  a/k/a "La Firma,"
**OSCAR MAURICIO HENAO-TORO,**
  a/k/a "Mauro,"
  a/k/a "El Contador,"
**CARLOS ARTURO CEREN,**
  a/k/a "Coste,"
  a/k/a "Costeno,"
**OMAR MUNOZ,**
  a/k/a "Alfonso,"
**LUIS FERNANDO CASTANO-ALZATE,**
  a/k/a "Botija,"
**JHON JAIRO OCHOA-MESA,**
  a/k/a "Jota,"
**FABIO GUTIERREZ-PACHECO,**
  a/k/a "Cana,"
  a/k/a "Canarete,"
  a/k/a "Gigante,"
**RAMON PEREZ,**
  a/k/a "El Gordo,"
**CARLOS ZULUAGA-OCHOA,**
  a/k/a "Alcalde,"
  a/k/a "Gobernador,"
**MAURICIO ZULUAGA-OCHOA,**
  a/k/a "Culiseco,"
**MANUEL JOSE CARDONA-OSORIO,**
  a/k/a "Manolo,"
**GILBERTO SANCHEZ-RICO,**
  a/k/a "Carnaval,"
**EDGAR EMILIO SIMMONDS-GALLARDO,**
  a/k/a "El Chorro,"
  a/k/a "Moisés,"
**OSCAR PINDER,**
**TREVOR LEWIS SAUNDERS,**
  a/k/a "Tom Cruise,"
**WILLIAM OSIRIS VALENCIA-DIAZ,**
  a/k/a "Cachete,"
**MICKEY MORRIS, and**
**CLASFORD MORRIS,**



FILED by _____ D.C.

MAY 30 2008

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI



a/k/a "Cazi,"

**Defendants.**

_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning in or about January, 1997, and continuing thereafter until in or about May, 2006, the exact dates being unknown to the Grand Jury, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**NELSON EUGENIO ARISTIZABAL-MARTINEZ,**
a/k/a "1,2,3,"
a/k/a "La Firma,"
**OSCAR MAURICIO HENAO-TORO,**
a/k/a "Mauro,"
a/k/a "El Contador,"
**CARLOS ARTURO CEREN,**
a/k/a "Coste,"
a/k/a "Costeno,"
**OMAR MUNOZ,**
a/k/a "Alfonso,"
**LUIS FERNANDO CASTANO-ALZATE,**
a/k/a "Botija,"
**JHON JAIRO OCHOA-MESA,**
a/k/a "Jota,"
**FABIO GUTIERREZ-PACHECO,**
a/k/a "Cana,"
a/k/a "Canarete,"
a/k/a "Gigante,"
**RAMON PEREZ,**
a/k/a "El Gordo,"
**CARLOS ZULUAGA-OCHOA,**
a/k/a "Alcalde,"
a/k/a "Gobernador,"
**OSCAR MAURICIO ZULUAGA-OCHOA,**
a/k/a "Culiseco,"
**MANUEL JOSE CARDONA-OSORIO,**
a/k/a "Manolo,"
**GILBERTO SANCHEZ-RICO,**
a/k/a "Carnaval,"
**EDGAR EMILIO SIMMONDS-GALLARDO,**
a/k/a "El Chorro,"
a/k/a "Moisés,"
**OSCAR PINDER,**
**TREVOR LEWIS SAUNDERS,**
a/k/a "Tom Cruise,"

**WILLIAM OSIRIS VALENCIA-DIAZ,**
a/k/a "Cachete,"
**MICKEY MORRIS, and**
**CLASFORD MORRIS,**
a/k/a "Cazi,"

did knowingly and intentionally combine, conspire, confederate, and agree with each other, with

LEEBERT RAMCHARAN, a/k/a "Indian," a/k/a "Indio," a/k/a "Father," GABRIEL ZUÑIGA, a/k/a

"Ito," CESAR AUGUSTO MANTILLA-CHAVEZ, a/k/a "Kung Fu," a/k/a "Lucho," JULIO

SEGUNDO PEREIRA-PLATA, MARIA ELENA LUNA-BARRAZA, a/k/a "Mayo," JAMES

AGUIRRE-CORTES, RAMON JOVANNI GALVIS-RUBIO, a/k/a "Jovanni," RAFAEL ENRIQUE

PEREIRA, a/k/a "Rafa," JOSE ELIAS ROSADO-PEREIRA, a/k/a "Chema," EVERETT

DONOVAN WILLIAMS, a/k/a "Donovan," a/k/a "Dono," and with others known and unknown to

the Grand Jury, to import into the United States, from a place outside thereof, a controlled substance,

in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States

Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this

violation involved five (5) kilograms or more of a mixture and substance containing a detectable

amount of cocaine.

## COUNT 2

Beginning in or about January, 1997, and continuing thereafter until in or about May, 2006,

the exact dates being unknown to the Grand Jury, in Miami-Dade County, in the Southern District

of Florida, and elsewhere, the defendants,

**NELSON EUGENIO ARISTIZABAL-MARTINEZ,**
a/k/a "1,2,3,"
a/k/a "La Firma,"
**OSCAR MAURICIO HENAO-TORO,**
a/k/a "Mauro,"
a/k/a "El Contador,"
**CARLOS ARTURO CEREN,**
a/k/a "Coste,"
a/k/a "Costeno,"
**OMAR MUNOZ,**
a/k/a "Alfonso,"
**LUIS FERNANDO CASTANO-ALZATE,**

-3-

a/k/a "Botija,"
**JHON JAIRO OCHOA-MESA,**
a/k/a "Jota,"
**FABIO GUTIERREZ-PACHECO,**
a/k/a "Cana,"
a/k/a "Canarete,"
a/k/a "Gigante,"
**RAMON PEREZ,**
a/k/a "El Gordo,"
**CARLOS ZULUAGA-OCHOA,**
a/k/a "Alcalde,"
a/k/a "Gobernador,"
**MAURICIO ZULUAGA-OCHOA,**
a/k/a "Culiseco,"
**MANUEL JOSE CARDONA-OSORIO,**
a/k/a "Manolo,"
**GILBERTO SANCHEZ-RICO,**
a/k/a "Carnaval,"
**EDGAR EMILIO SIMMONDS-GALLARDO,**
a/k/a "El Chorro,"
a/k/a "Moisés,"
**OSCAR PINDER,**
**TREVOR LEWIS SAUNDERS,**
a/k/a "Tom Cruise,"
**WILLIAM OSIRIS VALENCIA-DIAZ,**
a/k/a "Cachete,"
**MICKEY MORRIS, and**
**CLASFORD MORRIS,**
a/k/a "Cazi,"

did knowingly and intentionally combine, conspire, confederate, and agree with each other, with

LEEBERT RAMCHARAN, a/k/a "Indian," a/k/a "Indio," a/k/a "Father," GABRIEL ZUÑIGA, a/k/a

"Ito," CESAR AUGUSTO MANTILLA-CHAVEZ, a/k/a "Kung Fu," a/k/a "Lucho," JULIO

SEGUNDO PEREIRA-PLATA, MARIA ELENA LUNA-BARRAZA, a/k/a "Mayo," JAMES

AGUIRRE-CORTES, RAMON JOVANNI GALVIS-RUBIO, a/k/a "Jovanni," RAFAEL ENRIQUE

PEREIRA, a/k/a "Rafa," JOSE ELIAS ROSADO-PEREIRA, a/k/a "Chema," EVERETT

DONOVAN WILLIAMS, a/k/a "Donovan," a/k/a "Dono," and with other persons known and

unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation

of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code,

Section 846.

-4-

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 3

On or about August 9, 2003, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**NELSON EUGENIO ARISTIZABAL-MARTINEZ,**
a/k/a "1,2,3,"
a/k/a "La Firma,"
**OSCAR MAURICIO HENAO-TORO,**
a/k/a "Mauro,"
a/k/a "El Contador,"
**CARLOS ARTURO CEREN,**
a/k/a "Coste,"
a/k/a "Costeno,"
**OMAR MUNOZ,**
a/k/a "Alfonso,"
**LUIS FERNANDO CASTANO-ALZATE,**
a/k/a "Botija,"
**JHON JAIRO OCHOA-MESA,**
a/k/a "Jota,"
**FABIO GUTIERREZ-PACHECO,**
a/k/a "Cana,"
a/k/a "Canarete,"
a/k/a "Gigante,"
**RAMON PEREZ,**
a/k/a "El Gordo,"
**CARLOS ZULUAGA-OCHOA,**
a/k/a "Alcalde,"
a/k/a "Gobernador,"
**MAURICIO ZULUAGA-OCHOA,**
a/k/a "Culiseco,"
**MANUEL JOSE CARDONA-OSORIO,**
a/k/a "Manolo,"
**GILBERTO SANCHEZ-RICO,**
a/k/a "Carnaval,"
**EDGAR EMILIO SIMMONDS-GALLARDO,**
a/k/a "El Chorro,"
a/k/a "Moisés,"
**OSCAR PINDER,**
**TREVOR LEWIS SAUNDERS,**
a/k/a "Tom Cruise,"
**WILLIAM OSIRIS VALENCIA-DIAZ,**
a/k/a "Cachete,"
**MICKEY MORRIS, and**
**CLASFORD MORRIS,**

-5-

a/k/a "Cazi,"

did knowingly and intentionally attempt to import into the United States, from a place outside

thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a); all in

violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this

violation involved five (5) kilograms or more of a mixture and substance containing a detectable

amount of cocaine.

## COUNT 4

On or about September 3, 2003, in Miami-Dade County, in the Southern District of Florida,

and elsewhere, the defendants,

**NELSON EUGENIO ARISTIZABAL-MARTINEZ,**
a/k/a "1,2,3,"
a/k/a "La Firma,"
**OSCAR MAURICIO HENAO-TORO,**
a/k/a "Mauro,"
a/k/a "El Contador,"
**CARLOS ARTURO CEREN,**
a/k/a "Coste,"
a/k/a "Costeno,"
**OMAR MUNOZ,**
a/k/a "Alfonso,"
**LUIS FERNANDO CASTANO-ALZATE,**
a/k/a "Botija,"
**JHON JAIRO OCHOA-MESA,**
a/k/a "Jota,"
**FABIO GUTIERREZ-PACHECO,**
a/k/a "Cana,"
a/k/a "Canarete,"
a/k/a "Gigante,"
**RAMON PEREZ,**
a/k/a "El Gordo,"
**CARLOS ZULUAGA-OCHOA,**
a/k/a "Alcalde,"
a/k/a "Gobernador,"
**MAURICIO ZULUAGA-OCHOA,**
a/k/a "Culiseco,"
**MANUEL JOSE CARDONA-OSORIO,**
a/k/a "Manolo,"
**GILBERTO SANCHEZ-RICO,**
a/k/a "Carnaval,"
**EDGAR EMILIO SIMMONDS-GALLARDO,**
a/k/a "El Chorro,"

-6-

a/k/a "Moisés,"
**OSCAR PINDER,**
**TREVOR LEWIS SAUNDERS,**
a/k/a "Tom Cruise,"
**WILLIAM OSIRIS VALENCIA-DIAZ,**
a/k/a "Cachete,"
**MICKEY MORRIS, and**
**CLASFORD MORRIS,**
a/k/a "Cazi,"

did knowingly and intentionally attempt to import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 and 4 of this Superseding Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of certain property in which the defendants have an interest, pursuant to the provisions of Title 21, United States Code, Section 853 and Title 18, United States Code, Section 982(a)(1).

2. Upon conviction of the violation alleged in Count 1 of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds which the defendants obtained, directly or indirectly, as the result of such violations, and any property which the defendants used or intended to be used in any manner or part to commit or to facilitate the commission of such violations.

-7-

All pursuant to Title 18, United States Code, Section 982 and Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

JOSEPH A. COOLEY
ASSISTANT UNITED STATES ATTORNEY

-8-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. | 04-20065-CR-SEITZ(s) |
|---|---|---|

**vs.**

NELSON EUGENIO ARISTIZABAL-
MARTINEZ, ET AL.,

### CERTIFICATE OF TRIAL ATTORNEY*

|  |  |
|---|---|
| Defendants. / | **Superseding Case Information:** |

**Court Division:** (Select One)

| __XXX__ Miami | _____ Key West |
| _____ FTL | _____ WPB _____ FTP |

New Defendant(s)        Yes __X__  No _____
Number of New Defendants        __15__
Total number of counts        __4__

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:        (Yes or No)        __Yes__
    List language and/or dialect        __Spanish__

4.  This case will take        __30__        days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

(Check only one)

| I | 0 to 5 days | _____ |
| II | 6 to 10 days | _____ |
| III | 11 to 20 days | _____ |
| IV | 21 to 60 days | 30 |
| V | 61 days and over | _____ |

(Check only one)

| Petty | _____ |
| Minor | _____ |
| Misdem. | _____ |
| Felony | X |

6.  Has this case been previously filed in this District Court? (Yes or No)        __Yes__
If yes:
Judge:    __Patricia A. Seitz__        Case No.        __04-20065-CR-SEITZ__
(Attach copy of dispositive order)
Has a complaint been filed in this matter?        (Yes or No)        _____
If yes:
Magistrate Case No.        _____
Related Miscellaneous numbers:        _____
Defendant(s) in federal custody as of        _____
Defendant(s) in state custody as of        _____
Rule 20 from the        _____        District of        _____

Is this a potential death penalty case? (Yes or No)        __X__

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?        _____ Yes   __X__ No

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?        _____ Yes   __X__ No

_____
JOSEPH A. COOLEY
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0966460

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **NELSON EUGENIO ARISTIZABAL-MARTINEZ, "1,2,3," a/k/a "La Firma"**

**Case No**: **04-20065-CR-SEITZ(s)**

Count #: 1

    Conspiracy to import 5 kilograms or more of cocaine.

    Title 21, United States Code, Section 963

**\* Max.Penalty:**    Life Imprisonment

Count #: 2

    Conspiracy to possess 5 kilograms or more of cocaine with the intent to distribute.

    Title 21, United States Code, Section 846

**\*Max. Penalty:**    Life Imprisonment

Count #: 3

    Attempt to import 5 kilograms or more of cocaine.

    Title 21, United States Code, Section 963

**\* Max.Penalty**:    Life Imprisonment

Count #: 4

    Attempt to import 5 kilograms or more of cocaine.

    Title 21, United States Code, Section 963

**\* Max.Penalty**:    Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: OSCAR MAURICIO HENAO-TORO, a/k/a "Mauro," a/k/a "El Contador"**

**Case No: 04-20065-CR-SEITZ(s)**

Count #: 1

Conspiracy to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:**     Life Imprisonment

Count #: 2

Conspiracy to possess 5 kilograms or more of cocaine with the intent to distribute.

Title 21, United States Code, Section 846

**\*Max. Penalty:**     Life Imprisonment

Count #: 3

Attempt to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:**     Life Imprisonment

Count #: 4

Attempt to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:**     Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** **CARLOS ARTURO CEREN, a/k/a "Coste," a/k/a "Costeno"**

**Case No:** **04-20065-CR-SEITZ(s)**

Count #: 1

Conspiracy to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:**      Life Imprisonment

Count #: 2

Conspiracy to possess 5 kilograms or more of cocaine with the intent to distribute.

Title 21, United States Code, Section 846

**\*Max. Penalty:**      Life Imprisonment

Count #: 3

Attempt to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty**:      Life Imprisonment

Count #: 4

Attempt to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty**:      Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** OMAR MUNOZ, a/k/a "Alfonso"

**Case No:** 04-20065-CR-SEITZ(s)

Count #: 1

Conspiracy to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:**      Life Imprisonment

Count #: 2

Conspiracy to possess 5 kilograms or more of cocaine with the intent to distribute.

Title 21, United States Code, Section 846

**\*Max. Penalty:**      Life Imprisonment

Count #: 3

Attempt to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:**      Life Imprisonment

Count #: 4

Attempt to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:**      Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** **LUIS FERNANDO CASTANO-ALZATE, a/k/a "Botija"**

**Case No:** **04-20065-CR-SEITZ(s)**

Count #: 1

Conspiracy to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:**      Life Imprisonment

Count #: 2

Conspiracy to possess 5 kilograms or more of cocaine with the intent to distribute.

Title 21, United States Code, Section 846

**\*Max. Penalty:**      Life Imprisonment

Count #: 3

Attempt to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:**      Life Imprisonment

Count #: 4

Attempt to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:**      Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: **JHON JAIRO OCHOA-MESA, a/k/a "Jota"**

**Case No**: **04-20065-CR-SEITZ(s)**

Count #: 1

Conspiracy to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:**    Life Imprisonment

Count #: 2

Conspiracy to possess 5 kilograms or more of cocaine with the intent to distribute.

Title 21, United States Code, Section 846

**\*Max. Penalty:**    Life Imprisonment

Count #: 3

Attempt to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty**:    Life Imprisonment

Count #: 4

Attempt to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty**:    Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: FABIO GUTIERREZ-PACHECO, a/k/a "Cana," a/ka "Canarete," a/k/a "Gigante"**

**Case No: 04-20065-CR-SEITZ(s)**

Count #: 1

Conspiracy to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:**    Life Imprisonment

Count #: 2

Conspiracy to possess 5 kilograms or more of cocaine with the intent to distribute.

Title 21, United States Code, Section 846

**\*Max. Penalty:**    Life Imprisonment

Count #: 3

Attempt to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:**    Life Imprisonment

Count #: 4

Attempt to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:**    Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** **RAMON PEREZ, a/k/a "El Gordo"**

**Case No:** **04-20065-CR-SEITZ(s)**

Count #: 1

Conspiracy to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:**     Life Imprisonment

Count #: 2

Conspiracy to possess 5 kilograms or more of cocaine with the intent to distribute.

Title 21, United States Code, Section 846

**\*Max. Penalty:**     Life Imprisonment

Count #: 3

Attempt to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:**     Life Imprisonment

Count #: 4

Attempt to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:**     Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: **CARLOS ZULUAGA-OCHOA, a/k/a "Alcalde," "Gobernador"**

**Case No**: **04-20065-CR-SEITZ(s)**

Count #: 1

Conspiracy to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:**     Life Imprisonment

Count #: 2

Conspiracy to possess 5 kilograms or more of cocaine with the intent to distribute.

Title 21, United States Code, Section 846

**\*Max. Penalty:**     Life Imprisonment

Count #: 3

Attempt to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty**:     Life Imprisonment

Count #: 4

Attempt to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty**:     Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** **MAURICIO ZULUAGA-OCHOA, a/k/a "Culiseco"**

**Case No:** **04-20065-CR-SEITZ(s)**

Count #: 1

    Conspiracy to import 5 kilograms or more of cocaine.

    Title 21, United States Code, Section 963

**\* Max.Penalty:**    Life Imprisonment

Count #: 2

    Conspiracy to possess 5 kilograms or more of cocaine with the intent to distribute.

    Title 21, United States Code, Section 846

**\*Max. Penalty:**    Life Imprisonment

Count #: 3

    Attempt to import 5 kilograms or more of cocaine.

    Title 21, United States Code, Section 963

**\* Max.Penalty**:    Life Imprisonment

Count #: 4

    Attempt to import 5 kilograms or more of cocaine.

    Title 21, United States Code, Section 963

**\* Max.Penalty**:    Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: **MANUEL JOSE CARDONA-OSORIO, a/k/a "Manolo"**

**Case No**: **04-20065-CR-SEITZ(s)**

Count #: 1

Conspiracy to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:**       Life Imprisonment

Count #: 2

Conspiracy to possess 5 kilograms or more of cocaine with the intent to distribute.

Title 21, United States Code, Section 846

**\*Max. Penalty:**       Life Imprisonment

Count #: 3

Attempt to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty**:       Life Imprisonment

Count #: 4

Attempt to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty**:       Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: GILBERTO SANCHEZ-RICO, a/k/a "Carnaval"**

**Case No: 04-20065-CR-SEITZ(s)**

Count #: 1

Conspiracy to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

Count #: 2

Conspiracy to possess 5 kilograms or more of cocaine with the intent to distribute.

Title 21, United States Code, Section 846

**\*Max. Penalty:** Life Imprisonment

Count #: 3

Attempt to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

Count #: 4

Attempt to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name: EDGAR EMILIO SIMMONDS-GALLARDO, a/k/a "El Chorro," a/k/a "Moises**

**Case No: 04-20065-CR-SEITZ(s)**

Count #: 1

Conspiracy to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:**   Life Imprisonment

Count #: 2

Conspiracy to possess 5 kilograms or more of cocaine with the intent to distribute.

Title 21, United States Code, Section 846

**\*Max. Penalty:**   Life Imprisonment

Count #: 3

Attempt to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:**   Life Imprisonment

Count #: 4

Attempt to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:**   Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: OSCAR PINDER

**Case No**: 04-20065-CR-SEITZ(s)

Count #: 1

Conspiracy to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:**      Life Imprisonment

Count #: 2

Conspiracy to possess 5 kilograms or more of cocaine with the intent to distribute.

Title 21, United States Code, Section 846

**\*Max. Penalty:**      Life Imprisonment

Count #: 3

Attempt to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:**      Life Imprisonment

Count #: 4

Attempt to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:**      Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **TREVOR LEWIS SAUNDERS  "a/k/a Tom Cruise"**

**Case No**: **04-20065-CR-SEITZ(s)**

Count #: 1

Conspiracy to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty**:     Life Imprisonment

Count #: 2

Conspiracy to possess 5 kilograms or more of cocaine with the intent to distribute.

Title 21, United States Code, Section 846

**\*Max. Penalty**:     Life Imprisonment

Count #: 3

Attempt to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty**:     Life Imprisonment

Count #: 4

Attempt to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty**:     Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** WILLIAM OSIRIS VALENCIA-DIAZ, a/k/a "Cachete"

**Case No:** 04-20065-CR-SEITZ(s)

Count #: 1

Conspiracy to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

Count #: 2

Conspiracy to possess 5 kilograms or more of cocaine with the intent to distribute.

Title 21, United States Code, Section 846

**\*Max. Penalty:** Life Imprisonment

Count #: 3

Attempt to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

Count #: 4

Attempt to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **MICKEY MORRIS**

**Case No**: **04-20065-CR-SEITZ(s)**

Count #: 1

Conspiracy to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:**   Life Imprisonment

Count #: 2

Conspiracy to possess 5 kilograms or more of cocaine with the intent to distribute.

Title 21, United States Code, Section 846

**\*Max. Penalty:**   Life Imprisonment

Count #: 3

Attempt to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:**   Life Imprisonment

Count #: 4

Attempt to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:**   Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: CLASFORD MORRIS, a/k/a "Cazi"**

**Case No: 04-20065-CR-SEITZ(s)**

Count #: 1

Conspiracy to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

Count #: 2

Conspiracy to possess 5 kilograms or more of cocaine with the intent to distribute.

Title 21, United States Code, Section 846

**\*Max. Penalty:** Life Imprisonment

Count #: 3

Attempt to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

Count #: 4

Attempt to import 5 kilograms or more of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**